IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̓ʔels l Suẇečm / Ksukłiłmumał ʼA·k̓ałmukwaʼits, Incorporated, d/b/a Energy Keepers, Incorporated, *a federal corporation wholly owned by the Confederated Salish and Kootenai Tribes*,<br><br>Plaintiff,<br><br>v.<br><br>HYPERBLOCK LLC, et al.,<br><br>Defendants. | CV 20–76–M–DWM<br><br><br>ORDER |

On May 27, 2020, attorney Susan A. Shyne filed a Verified Complaint (Doc. 1) and Motion for Temporary Restraining Order & Preliminary Injunction (Doc. 3) on behalf of Plaintiff. Susan A. Shyne is not currently a member in good standing of the State Bar of Montana, which means she is not permitted to appear on behalf of a party in this court unless she is granted *pro hac vice* admission. *See* L.R. 83.1(a)(2), (b)(1), (d).

Attorney Daniel F. Decker's name also appeared on the filings. However, Daniel F. Decker is not a registered CM/ECF user in the District of Montana. *See* L.R. 1.4; (Doc. 4). As such, he is unable to electronically sign documents. L.R.

1

11.1. Nor has he hand signed the filings in this case. *See* L.R. 11.1, 11.2 (outlining requirements for hand signatures). Based on the foregoing, the filings in this case do not comply with the Federal Rules of Civil Procedure or this Court's Local Rules.

IT IS ORDERED that the Complaint, motion, and supporting documents (Docs. 1, 3) will be stricken absent prompt compliance with Rule 11(a).

DATED this 28th day of May, 2020.

12:11 P.M.

Donald W. Molloy, District Judge
United States District Court