IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̓ʔels l Suw̓ečm / Ksuk̓ɫiɫmumaɫ ʼA·k̓aɫmukwaʼits, Incorporated, d/b/a Energy Keepers, Incorporated, *a federal corporation wholly owned by the Confederated Salish and Kootenai Tribes*,<br><br>Plaintiff,<br><br>v.<br><br>HYPERBLOCK LLC, et al.,<br><br>Defendants. | CV 20–76–M–DWM<br><br><br>ORDER |

Plaintiff Energy Keepers, Inc. moves for the admission of Matthew A. Love, Anne E. Lynch, and Sophia E. Amberson to practice before this Court in this case with Daniel F. Decker to act as local counsel. This Court's practice is to limit each party to three attorneys, including local counsel, to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1; *cf. In re United States*, 791 F.3d 945, 957 (9th Cir. 2015) ("[A] court's decision to deny pro hac vice admission must be based on criteria reasonably related to promoting the orderly administration of justice or some other legitimate

1

policy of the courts.") (internal citation omitted).  A surfeit of counsel impedes this mandate by, *inter alia*, confusing points of contact for the opposing party.  *Cf. United States v. Ries*, 100 F.3d 1469, 1471 (9th Cir. 1996) ("[C]ounsel from other jurisdictions may be significantly more difficult to reach . . . than local counsel.").  Nothing in this limitation prevents counsel from using his or her firm resources to assure adequate representation for the client.

Accordingly, IT IS ORDERED that Plaintiff's motions to admit Matthew A. Love, Anne E. Lynch, and Sophia E. Amberson *pro hac vice* (Docs. 12, 13, 14) are GRANTED on the condition that one of the three shall withdraw from this case consistent with the Court's practice outlined above.  Additionally, Energy Keepers, Inc. shall identify one lead attorney that has authority to make any and all decisions related to the administration of this case and who will serve as the primary point of contact.

IT IS FURTHER ORDERED that the *pro hac vice* attorneys who remain in the case shall do their own work.  This means that they must do their own writing; sign their own pleadings, motions, and briefs; and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the *pro hac vice* attorneys who remain in the case, within fifteen (15) days of the date of this Order, each file a notice acknowledging their respective admission under the terms set forth above.

DATED this 2nd day of June, 2020.

_____
Donald W. Molloy, District Judge
United States District Court