IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̓ʔels l Suẇečm / Ksukłiłmumał ʾA·k̓ałmukwaʾits, Incorporated, d/b/a Energy Keepers, Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>HYPERBLOCK LLC, et al.,<br><br>Defendants. | CV 20–76–M–DWM<br><br><br><br>ORDER |

Defendants Project Spokane LLC and Sean Walsh having moved unopposed to allow Walsh to appear remotely at the June 25, 2020 hearing,

IT IS ORDERED that the motion (Doc. 25) is GRANTED. Defendants shall coordinate with the District of Montana's I.T. Supervisor in advance of the hearing to arrange Walsh's appearance.

DATED this 16th day of June, 2020.

Donald W. Molloy, District Judge
United States District Court