IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̓ʔels l Suẇeĉm / Ksukⱡiⱡmumaⱡ ʾA·k̓aⱡmukwaʾits, Incorporated, d/b/a Energy Keepers, Incorporated,<br><br>        Plaintiff,<br><br>  v.<br><br>HYPERBLOCK LLC, et al.,<br><br>        Defendants. | CV 20–76–M–DWM<br><br><br>ORDER |

     Defendants Project Spokane LLC and Sean Walsh having moved unopposed to allow Peter W. Ito to appear telephonically at the June 25, 2020 hearing,

     IT IS ORDERED that the motion (Doc. 32) is GRANTED.  Defendants shall coordinate with the District of Montana's I.T. Supervisor in advance of the hearing to arrange Mr. Ito's appearance.  Mr. Ito's appearance shall be limited to listening to the proceedings.  Only counsel who appear in person shall participate.

     DATED this **23**rd day of June, 2020.

                                   Donald W. Molloy, District Judge
                                   United States District Court