IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̓ʔels l Suẁeĉm / Ksuk̓łiłmumał ʼA·k̓ałmukwaʼits, Incorporated, d/b/a Energy Keepers, Incorporated, | CV 20–76–M–DWM |
| Plaintiff, | ORDER |
| v. | |
| HYPERBLOCK LLC, et al., | |
| Defendants. | |

On June 29, 2020, the Clerk of Court entered Hyperblock LLC's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. 40.) Plaintiff now requests a default judgment against Hyperblock LLC for the sum certain of $3,691,604.12 plus daily interest accruing at 5.25% on each day after May 22, 2020, (Doc. 43), as shown is due in the Verified Amended Complaint, (Doc. 6). Accordingly,

IT IS ORDERED that the Clerk of Court shall enter judgment for that amount and costs against Hyperblock LLC pursuant to Rule 55(b)(1).

DATED this _____ day of July, 2020.

_____
Donald W. Molloy, District Judge
United States District Court