IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̇ʔels l Suẇečm / Ksukɫiɫmumaɫ ʾA·ḱaɫmukwaʾits, Incorporated, d/b/a Energy Keepers, Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>HYPERBLOCK LLC, et al.,<br><br>Defendants. | CV 20–76–M–DWM<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED, pursuant to Rule 55(b)(1) and in accordance with the Court's Order entered this date (Doc. 44), that judgment is entered against Defendant Hyperblock LLC for the sum certain of $3,691,604.12 plus daily interest accruing at 5.25% on each day after May 22, 2020, (Doc. 43), as shown is due in the Verified Amended Complaint (Doc. 6).

DATED this 6th day of July, 2020.



TYLER P. GILMAN, Clerk of Court

By:  /s/ Nicole Stephens
Deputy Clerk, United States District Court