IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Sxʷnq̇ʔels l Suẇečm / Ksukłiłmumał ʼA·k̇ałmukwaʼits, Incorporated, d/b/a Energy Keepers, Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>HYPERBLOCK LLC, et al.,<br><br>Defendants. | CV 20–76–M–DWM<br><br><br>ORDER |

The parties having filed a joint notice of settlement, (Doc. 139), and joint stipulation for dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii), (Doc. 140),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for March 29, 2021 is VACATED. The Court declines to retain jurisdiction over enforcement of the

1

parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 26th day of March, 2021.

11:17 A.M.

Donald W. Molloy, District Judge
United States District Court